DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
EPIGMENIO MORA-ORTEGA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>          ) <br>     Plaintiff, ) <br>          ) <br>  v.      ) <br>          ) <br> EPIGMENIO MORA-ORTEGA, ) <br>          ) <br>     Defendant. ) <br>_____ ) | No. 2:06-cr-332 WBS<br><br>STIPULATION AND [PROPOSED] ORDER VACATING STATUS CONFERENCE, CONTINUING CASE, AND EXCLUDING TIME<br><br>Date:  September 13, 2006<br>Time:  9:00 a.m.<br>Judge: Hon. William B. Shubb |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Michael M. Beckwith, counsel for plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for defendant EPIGMENIO MORA-ORTEGA that the status conference scheduled for September 13, 2006, be vacated and the matter continued to September 27, 2006, at 9:00 a.m. on the court's regularly scheduled criminal calendar.  This continuance is requested to permit receipt by the probation office of material needed to prepare a pre-plea presentence report, and for

1  government counsel to consider and transmit a plea agreement based on
2  that report.
3      **IT IS FURTHER STIPULATED** that time for trial under the Speedy
4  Trial Act be excluded from the filing of this motion on September 12,
5  2006, until September 27, 2006, pursuant to 18 U.S.C. § 3161(h)(8)(A) &
6  (B)(iv), Local Code T-4.
7      The court is advised that counsel have conferred and Mr. Beckwith
8  has authorized Mr. Staniels to sign this stipulation on his behalf.
9      **IT IS SO STIPULATED.**

11 Dated:  September 12, 2006          /S/ Michael M. Beckwith
                                       Michael M. Beckwith
12                                     Assistant United States Attorney
                                       Counsel for Plaintiff
13
   Dated:  September 12, 2006          /S/ Jeffrey l. Staniels
14                                     JEFFREY L. STANIELS
                                       Assistant Federal Defender
15                                     Attorney for Defendant
                                       EPIGMENIO MORA-ORTEGA

**O R D E R**

19     **IT IS SO ORDERED.**
20                            By the Court,

September 12, 2006

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stipulation & Order                -2-