```
RODRIGO L. MAYORGA
1220 H Street, Ste 101
Sacramento, CA 95814
(916) 446-1724
Attorney for Defendant
EPIGMENIO MORA-ORTEGA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:06-cr-332 WBS |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER VACATING STATUS CONFERENCE, CONTINUING CASE, AND EXCLUDING TIME |
| v. | |
| EPIGMENIO MORA-ORTEGA, | |
| Defendant. | Date: October 11, 2006<br>Time: 9:00 a.m.<br>Judge: Hon. William B. Shubb |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Michael M. Beckwith, counsel for plaintiff, and Rodrigo L. Mayorga, counsel for defendant EPIGMENIO MORA-ORTEGA that the status conference scheduled for October 11, 2006, be vacated and the matter continued to November 29, 2006, at 9:00 a.m. on the court's regularly scheduled criminal calendar.  This continuance is requested to permit the new attorney to become familiar with the case; receipt by the probation office of material needed to prepare a pre-plea presentence report; and for additional investigation needed to establish the real status of the defendant in the United States.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy

1 Trial Act be excluded from the filing of this motion on October 11,
2 2006, until November 29, 2006, pursuant to 18 U.S.C. § 3161(h)(8)(A) &
3 (B)(iv), Local Code T-4.
4     The court is advised that counsel have conferred and Mr. Beckwith
5 has authorized Mr. Staniels to sign this stipulation on his behalf.
6     **IT IS SO STIPULATED.**

8 Dated: October 6 2006       /S/ Michael M. Beckwith
                              Michael M. Beckwith
9                             Assistant United States Attorney
                              Counsel for Plaintiff
10
11 Dated:  September 6 , 2006   /S/ Rodrigo L. Mayorga
12                             Attorney for Defendant
                              EPIGMENIO MORA-ORTEGA

14 **O R D E R**

16     **IT IS SO ORDERED.**
17                              By the Court,

19 October 11, 2006

                              WILLIAM B. SHUBB
                              UNITED STATES DISTRICT JUDGE

Stipulation & Order                    -2-