```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  MICHAEL M. BECKWITH
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2797
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT FOR THE
 9                    EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,     )
                                  )  CR. S-06-332 WBS
12            Plaintiff,          )
                                  )  STIPULATION AND [PROPOSED] ORDER
13                                )  CONTINUING STATUS CONFERENCE AND
          v.                      )  EXCLUDING TIME
14                                )
    EPIGMENIO MORA-ORTEGA,        )
15                                )
              Defendants.         )  Hon. William B. Shubb
16  _____)
17
```

18    The parties acknowledge the Court's continuance of the
19 pending status conference from November 29, 2006, to December 20,
20 2006, and stipulate that the time beginning November 29, 2006,
21 and extending through December 20, 2006, should be excluded from
22 the calculation of time under the Speedy Trial Act.  The parties
23 submit that the ends of justice are served by the Court excluding
24 such time, so that counsel for each party may have reasonable
25 time necessary for effective preparation, taking into account the
26 exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv).  In
27 particular, counsel for the defense needs additional time to
28 review the proposed plea agreement with his client.  The parties

1

1  stipulate and agree that the interests of justice served by
2  granting this continuance outweigh the best interests of the
3  public and the defendant in a speedy trial.  18 U.S.C. §
4  3161(h)(8)(A).

                                    Respectfully Submitted,

                                    McGREGOR W. SCOTT
                                    United States Attorney

Dated:  November 30, 2006       By:/s/ Michael M. Beckwith
                                    MICHAEL M. BECKWITH
                                    Assistant U.S. Attorney


Dated:  November 30, 2006       By:/s/ Rodrigo L. Mayorga
                                    RODRIGO L. MAYORGA
                                    Attorney for defendant
                                    Epigmenio Mora-Ortega

**<u>ORDER</u>**

The status conference in case number CR. S-06-332 WBS, which was set for November 29, 2006, has been continued to December 20, 2006, and the time beginning November 29, 2006, and extending through December 20, 2006, is excluded from the calculation of time under the Speedy Trial Act.  The Court finds that interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

IT IS SO ORDERED.

Dated:   December 1, 2006

*/s/ William B. Shubb*

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE